IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN GIRALD TORRES
MYRNA PEREZ MORALES,

     Debtor(s).

Case No. 08-04131 (MCF)

Chapter 13

EDWIN GIRALD TORRES
MYRNA PEREZ MORALES,

     Plaintiff(s),

v.

HECTOR W. CUEVAS BAUZA, SYLVIA
LEBRON QUINTANA, CONJUGAL
PARTNERSHIP COMPROSED BY THEM,

     Defendant(s).

Adv. No. 09-00058 (MCF)

**FILED & ENTERED ON 10/19/2011**

DECISION AND ORDER

Defendants moved the Court for entry of summary judgment based on the following issues: (a) Plaintiffs' lack of standing to bring the instant Complaint because they are not the owners of the real estate property in question since September 28, 2006; (b) the lack of a binding lease agreement between Plaintiffs and Defendants after September 28, 2006 (date in which the real estate property was sold to Ramon Alvarez Lombana); and (c) Plaintiffs' failure to include Ramon Alvarez Lombana as an indispensable party to the instant Complaint (Docket No. 27). In support of their request,

Defendants have accompanied their motion for summary judgment with an unsworn statement under penalty of perjury, as well as certain undisputed documentary evidence (Docket No. 28).

Both the motion for summary judgment and the statement of uncontested material facts stand unopposed. A party's failure to provide a response to the movant's statement of undisputed facts shall cause the Court to deem each of the movant's facts as admitted. Local Dist. Ct. R. 56(e), as made applicable to these proceedings through Local Bankr. R. 1001-1(d).

Because there is no disputed issue of material facts, and given that Defendants are entitled to summary judgment as a matter of law, Defendants' motion for summary judgment is hereby GRANTED.

WHEREFORE, the instant Adversary Proceeding shall be, and hereby is, DISMISSED, subject to the imposition of costs in favor of Defendants. Defendants are hereby ORDERED to file a Bill of Costs within a period of fourteen (14) days.

SO ORDERED.

San Juan, Puerto Rico, this 19th day of October, 2011.

Mildred Caban Flores
U.S. Bankruptcy Judge